UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:26-cr-05104-LK |
| Plaintiff, | ORDER CONTINUING TRIAL |
| v. | |
| KENNETH CURRIN SCHUCHMAN, | |
| Defendant. | |

This matter comes before the Court on Defendant Kenneth Currin Schuchman's Unopposed Motion to Continue Trial and Pretrial Motions Deadline. Dkt. No. 22. He seeks to continue the trial in this case from June 15, 2026 to January 25, 2027, and to continue the pretrial motions deadline "accordingly." *Id.* at 1. The Government does not oppose the request. *Id.* Mr. Schuchman has waived his speedy trial rights and requests that the Court continue the trial date to a date no later than March 30, 2027. Dkt. No. 23 at 1.

On March 25, 2026, a federal grand jury indicted Mr. Schuchman on one count of Wire Fraud Conspiracy in violation of 18 U.S.C. § 1349, one count of Possession of Counterfeit and Unauthorized Access Devices in violation of 18 U.S.C. §§ 1029(a)(3), (c)(1)(A)(i), and 2, and one

ORDER CONTINUING TRIAL - 1

count of Trafficking in Passwords and Other Access Information in violation of 18 U.S.C. § 1030(a)(6)(A), (c)(2)(C), and 2. Dkt. No. 1 at 1–10. Mr. Schuchman pleaded not guilty to all charges, and he was ordered detained pending trial. Dkt. No. 14.

Mr. Schuchman contends that "a continuance is warrant[ed] under 18 U.S.C. § 3161(h)(7)(B)(ii) because the case is complex and the discovery is expected to be voluminous." Dkt. No. 22 at 2. Specifically, he states that "[t]his case is complicated because of the vast amount of discovery, most of which is digital evidence, and the nature of the prosecution involving a criminal conspiracy spanning multiple jurisdictions and co-conspirators in other countries." *Id.* Mr. Schuchman avers that the Government recently produced its first batch of discovery (totaling approximately 1.5 terabytes), more discovery productions are anticipated over the next few weeks, and he and his attorney "need more time to review discovery, investigate the case, prepare motions, and prepare for trial than the current date for trial allows." *Id.*

The Court agrees that more time is necessary for effective preparation and representation of Mr. Schuchman's interests. Specifically, the Court finds that given the nature and circumstances of this case, and pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Schuchman in any speedier trial. The Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice by denying Mr. Schuchman's counsel the reasonable time necessary for effective preparation due to counsel's need for more time to investigate the matter, gather evidence material to the defense, consider possible defenses, and prepare for trial, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). In addition, the case is complex within the meaning of Section 3161(h)(7)(B)(ii), such that it is unreasonable to expect adequate preparation for pretrial proceedings or trial within the ordinary time limits under the Speedy Trial Act. The Court finds

ORDER CONTINUING TRIAL - 2

that the additional time granted herein is a reasonable period of delay and will be necessary to provide counsel reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the motion, Dkt. No. 22, and ORDERS that Mr. Schuchman's trial shall be continued to January 25, 2027. Pretrial motions are due no later than December 7, 2026. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which his trial must commence under the Speedy Trial Act. If expert testimony is anticipated, the parties must propose a date prior to trial (either at or before the pretrial conference) for a *Daubert* hearing.

Dated this 13th day of May, 2026.

Lauren King
United States District Judge

ORDER CONTINUING TRIAL - 3